**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02260-BNB

EUGENE DURAN,

    Applicant,

v.

PAMELA PLOUGHE, Acting Warden CTCF, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the document titled "Motion to Supplement Amended Application for a Writ of Habeas Corpus" that Applicant Eugene Duran, submitted to and filed with the Court on April 9, 2012. The motion to supplement does not comply with the order of March 21, 2012 (ECF No. 21), granting Mr. Duran's motion to amend and directing him to file an amended application within thirty days, and therefore is DENIED.

    Mr. Duran will be allowed one final opportunity to file on the Court-approved Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form an amended application that complies with all the directives of the March 21 order. Mr. Duran's attention particularly is directed to the final paragraph beginning on page 2 and ending on page 3 of the March 21 order, which explains in explicit detail the requirements for filing an amended application that replaces the application he originally filed, and makes clear that the amended application must stand on its own without reference to other documents filed by Applicant. Failure to comply with the March 21 order **within twenty-one (21) days from the date of this order** will result in the dismissal of the instant action. No extensions of time will be granted without just cause.

Dated: April 10, 2012