IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02260-BNB

EUGENE DURAN,

    Applicant,

v.

PAMELA PLOUGHE, Acting Warden CTCF, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## ORDER DRAWING CASE

    Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

    DATED at Denver, Colorado, this 13th day of August, 2012.

                                      BY THE COURT:

                                      *s/Craig B. Shaffer*
                                      CRAIG B. SHAFFER
                                      United States Magistrate Judge