IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02260-WYD-MJW

EUGENE DURAN,

      Applicant,

v.

PAMELA PLOUGHE, Acting Warden CTCF, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

      Respondents.

---

## ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the application for a writ of habeas corpus filed

pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the

Respondents shall file with the Clerk of the Court, in electronic format if available, a

copy of the complete record in *People v. Duran*, Arapahoe County District Court Case

No. 05CR539, including all documents in the state court file and transcripts of all

proceedings conducted in the state court, but excluding any physical evidence (as

opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of

this Order to the following:

    (1)    Arapahoe County Justice Center
            7325 S. Potomac Street
            Centennial, CO  80112

(2)    Court Services Manager
State Court Administrator's Office
101 W. Colfax, Ste. 500
Denver, Colorado  80202.

Dated:  September 25, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF UNITED STATES DISTRICT JUDGE