**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02260-WYD

EUGENE DURAN,

     Applicant,

v.

RAE TIMME, Warden CTCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     This matter is before me on the motion titled "Applicant's Motion Requesting Court to Reconsider Previously Filed Motion for Appointment of Counsel" (ECF No. 46) that Applicant, Eugene Duran, submitted to and filed with the court on October 15, 2012.  The motion is DENIED.  Applicant continues to have **thirty (30) days from the date of the Answer to Application** (ECF No. 47) filed on October 30, 2012, to file a reply, if he desires.

Dated:  October 31, 2012