```
                                                                FILED
                                                        UNITED STATES DISTRICT COURT
                                                             DENVER, COLORADO
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO                    DEC 31 2013
```

Civil Action No. 11-cv-02260-WYD

JEFFREY P. COLWELL
CLERK

EUGENE DURAN

      Petitioner,

v.

RAE TIMME, Warden CTCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated: December 31, 2013.

                                        BY THE COURT:

                                        /s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02260 WYD

District Court, Arapahoe County
7325 S. Potomac Street
Centennial, CO 80112

Eugene Duran
# 129956
Colorado Territorial Correctional Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010

John Jacob Fuerst, III - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

Jennifer Allison Berman - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  12/31/2013  .

JEFFREY P. COLWELL, CLERK

By: s/ D. Berardi
       Deputy Clerk